Tracy Gibson #1436824
Mark Stiles Unit
3060 FM 3514
Beaumont, Tx 77705

608,962-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 02 2015

Rebel Acosta, Clerk

September 25th, 2015

F14962200T
wr-68,962-01

Dear Clerk of Court Abel Acosta;

Enclosed is my Pro se applicants request for "Summary Judgement". Please have it scheduled to your courts docket at your earliest convenience, Please?! Thank You!

I further want to request, because of my indigent status, and because security personnel has recently confiscated my legal work. I need a copy of the order from this court filed on July 1st, 2015. And a copy of the Bench warrant issued on August 5th, 2015. Thank You!

Sincerely,

Tracy Gibson

Tracy Gibson

This document contains some
pages that are of poor quality
at the time of imaging.

In THE Criminal Court of Appeals, Austin, Texas

Cause No: F14967J2007-A

wr-68,962-01

TRACY Gibson #1436824 (Pro se Applicant)

- v -

State of Texas, 145th Judicial District, Nacogdoches County     (Defendant(s))

Request for "Summary Judgement"

§

§

§

Comes Now, Tracy Gibson #1436824, Pro se applicant, who filed his original writ of habeas corpus art. §11.07 in, August, 2007. This court dismissed it in January, 2008. As of July 1st, 2015, this court sua sponte, remanded the case back to the trial court for further fact findings.

Applicant. filed motion for Leave to Amend/ Supplement his original writ application because of

(1)

the "irreversible errors" caused by the negligence of his trial court over the last 8 ½ years of the applicants incarceration.

The trial court denies "jurisdiction" to grant relief sought after in the Amended/Supplemental art. §11.07 writ. However, the trial court does not "deny/dispute" the supplemented grounds filed as of september 11, 2015.

Applicant, does state a claim(s) in all his submitted legal work that would grant him relief.

Therefore, it is of, applicants, best interests to request this honorable court to order summary Judgement based on the materials of fact and the "irreparable injuries" suffered from the trial courts negligence to comply with Texas Criminal Code and Procedure art. §12.01 to present indictment within the limitations and not afterwards. 5 years from, the commission of the offense for Robbery/theft.

Furthermore, applicant, disputes that the trial court does obtain jurisdiction to grant relief as ordered by the Criminal Court of Appeals as of

6)

July 1st, 2015. Furthermore, Applicant, requests this court to order his trial Court (145th) to "answer" to the grounds supplemented to his original §11.07 so applicant can be granted relief he seeks.

Respectfully, submitted and executed by me, Tracy Gibson #1436824, on this 25th day of September, 2015.

_Tracy Gibson_ #1436824

_Tracy Gibson_ #1436824

(3)